David Abrams, Attorney at Law (DA-8126)
299 Broadway, Suite 1700
New York, NY 10007
Tel. 212-897-5821 Fax 212-897-5811

United States District Court
__Southern__ District of New York

| | |
|---|---|
| Savita Naraine, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| - against - | ) Case No. 10 cv 8614 (WHP)<br>) |
| AAM Holding Corp. et al, | )<br>) |
| Defendants. | )<br>)<br>) |

    I hereby consent to be a plaintiff in the above-named lawsuit. I hereby consent to the prosecution of any claims that I may have under the Fair Labor Standards Act for unpaid overtime, liquidated damages, attorney's fees, costs, or other relief, against the defendant.

    I authorize David Abrams, Attorney at Law, his successors and assigns, to represent me in this case.

    By signing and returning this consent to sue, I understand that I will be represented by David Abrams, Attorney at Law without prepayment of attorney's fees. I understand that if plaintiffs are successful, costs expended by attorneys on my behalf will be deducted from my settlement or judgment first. I understand that David Abrams, Attorney at Law may petition the Court for an award of fees and costs to be paid by defendant on my behalf. I understand that the fees retained by the attorney will be either the amount received from the defendant or one-third of my total settlement or judgment amount (including fees), whichever is greater.

Date: 10-5-10

Signature: _Savita Naraine_
Name: Savita Naraine