Pauley, J.

United States District Court
Southern District of New York

RECEIVED
JAN 1 4 2011
CHAMBERS OF
WILLIAM H. PAULEY
U.S.D.J.

Savita Naraine,

        Plaintiff,

- against -

AAM Holding Corp., 59 Murray Enterprises, Inc., and Jay Jay Cabaret, Inc.,

        Defendants.

10 cv 8614 (WHP)

Stipulation & Order

    It is hereby STIPULATED AND AGREED that Defendants' time to answer, move, or otherwise respond to the Complaint in this matter shall be and hereby is extended to January 31, 2011; and it is further

    STIPULATED and AGREED that Plaintiff's time to effectuate service of process shall be and hereby is extended by 18 days.

Dated: New York, New York
       January 14, 2011

_____
David Abrams (DA-8126)
Attorney for Plaintiff
299 Broadway, Suite 1700
New York, NY 10007
Tel. 212-897-5821

_____
Charles Axelrod (CA-3774)
Attorney for Defendants
36 W. 44th Street
New York, NY 10036
Tel. 212-869-6979

SO ORDERED:

_____
U.S.D.J.

Dated: New York, New York
       January 14, 2011

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/20/11