UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------X
                              :
SAVITA NARAINE,               :      10 Civ. 8614 (WHP)
                              :
                Plaintiff,    :      ORDER
                              :
      -against-               :
                              :
AAM HOLDING CORP., et al.,    :
                              :
                Defendants.   :
                              :
------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/3/11

WILLIAM H. PAULEY III, District Judge:

It having been reported to this Court that this action has been or will be settled, the action is discontinued without costs to any party, and without prejudice to restoring it to this Court's calendar if such application is made within thirty (30) days of the date of this Order. The Clerk of Court is directed to terminate all motions pending as of this date and mark this case closed.

Dated: February 3, 2011
       New York, New York

                                    SO ORDERED:

                                    _____
                                    WILLIAM H. PAULEY III
                                    U.S.D.J.

*Counsel of Record:*

David Abrams, Esq.
David Abrams, Attorney at Law
299 Broadway
Suite 1700
New York, NY 10007
*Counsel for Plaintiff*